# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Ronesha Roberts, as next of kin to Rondre Hornbeak, deceased,<br>    Plaintiff,<br><br>v.<br><br>City of Ardmore, *ex rel.*, Ardmore Police Department, *et al.,*<br>    Defendants. | Case No. 16-CIV-361-RAW |

## ORDER

This case was filed on August 23, 2016. On November 21, 2016, this court entered an order directing Plaintiff to show cause no later than December 2, 2016 as to why this case should not be dismissed for failure to prosecute. That order specifically stated that failure to respond could result in the case being dismissed.

To date, Plaintiff has not responded to the order to show cause. Further, summonses have not been issued and service of process has not been completed on any defendant pursuant to Rule 4 of the Federal Rule of Civil Procedure. **Therefore, this case is dismissed without prejudice.**

Dated this 6th day of December, 2016.

_____
HONORABLE RONALD A. WHITE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF OKLAHOMA